# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

February 8, 2021

<u>**Via ECF**</u>
The Honorable Judge J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *US v. Jose Nouel* 19 Cr. 761 (JPO)

Dear Judge Oetken:

I am the attorney for Jose Nouel and write this letter with the consent of the Government to request an adjournment of Mr. Nouel's upcoming sentencing hearing that is scheduled for February 19, 2021. I am requesting a date in late April or early May. This time will allow counsel to confer with our client regarding the recently received final presentence report as well as continue our efforts to gather meaningful mitigation materials that are essential to our sentencing submission. It is also important to note that Mr. Nouel prefers to conduct this hearing in person when it is reasonably safe to do so given the conditions of the on-going COVID pandemic. He further believes that his interests are best served if we have the additional time to prepare for sentencing.

Should the Court grant this request, counsel is requesting that the hearing be adjourned to any date between April 27th - 30th or May 4th – 7th.

Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Granted.
The February 19, 2021 sentencing is hereby
adjourned to May 4, 2021, at 2:00 p.m.
  So ordered:  2/9/2021

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

J. PAUL OETKEN
United States District Judge