# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

May 6, 2022

<u>Via ECF</u>
Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Jose Nouel*, 19Cr761

Mr. Santiago and I are the CJA appointed counsels for Mr. Nouel who was sentenced by the Court on March 18th. Counsels now write to seek authorization for an additional 20 hours for Mr. Santiago to account for services rendered over the 100 hours previously authorized.

Pursuant to the Court's endorsement of our December 11, 2019 request, Mr. Santiago was appointed as associate counsel and authorized for 100 hours without prejudice to seek authority for additional time should the services go beyond the 100 hours.

Since being appointed, Mr. Santiago was instrumental in reviewing the vast amounts of produced discovery, gathering and reviewing mitigation materials, as well as preparing the defense sentencing submissions. We are now realizing that Mr. Santiago's services exceeded the initial 100 hours approved by the Court and we are seeking approval for an additional 20 hours at a rate of $90 per hour to account for services already rendered.

Thank you in advance for any and all consideration of this application. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

Granted.
So ordered.
5/6/2022

*J. PAUL OETKEN*
United States District Judge